JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BRET F. MANESS, | Case No. ED CV 16-0422 RSWL (JCG) |
| --- | --- |
| Petitioner, | **JUDGMENT** |
| v. | |
| RANDY TEWES, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Order Accepting Report and Recommendation of United States Magistrate Judge.

DATED: 7/14/2016

RONALD S.W. LEW

HON. RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE